UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID M. HARMON,<br><br>*Defendant.* | CASE NO. 3:22-cr-18<br><br>ORDER & OPINION<br><br>JUDGE NORMAN K. MOON |

Pending before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, Dkt. 58. Defendant asks the Court to allow a substitute third-party custodian, Abigail Harmon, to supervise Mr. Harmon between the dates of January 6, 2023 and January 12, 2023 so that Defendant's third-party custodians, Rachel Harmon and Robert Newman, may proceed with their winter vacation plans. Defendant proffers that the substitute custodian is a suitable person to assume the responsibilities of third-party custodian for the requested period.

Upon consideration of the Motion, there being no objection by the United States and Pretrial Services, and for good cause shown, it is hereby ORDERED that the terms of the defendant's release are modified to allow a substitute third-party custodian, Abigail Harmon, to supervise David Harmon between the dates of January 6, 2023 and January 12, 2023.

Entered this  3rd  day of January, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE